| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>Chris Carson, Esq., SBN 280048 |
| 3 | Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385 |
| 5 | (888) 422-5191 fax<br>amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | SAMUEL L. PHILLIPS (SBN: 127793) |
| 8 | sphillips@bortonpetrini.com<br>DENNIS K. AVILUCEA, JR. (SBN: 312077) |
| 9 | BORTON PETRINI, LLP<br>95 South Market Street, Suite 400 |
| 10 | San Jose, California 95113-2301<br>Telephone: (408) 535-0870 |
| 11 | Facsimile: (408) 535-0878<br>Attorneys for Defendant |
| 12 | ABS Window and Door, Inc. |
| 13 | CHRISTOPHER J. OLSON (SBN: 192689) |
| 14 | colson@smwb.com<br>SWEENEY MASON LLP |
| 15 | 983 University Avenue, Suite 104C<br>Los Gatos, CA 95032-7637 |
| 16 | Telephone: (408) 356-3000<br>Facsimile: (408) 354-8839 |
| 17 | Attorney for Defendant<br>Intelli LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:19-CV-06210-BLF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| INTELLI LLC, a California Limited Liability Company; ABS WINDOW AND DOOR, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 01, 2020          CENTER FOR DISABILITY ACCESS

                                            By: /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff

Dated: September 01, 2020          BORTON PETRINI, LLP

                                            By: /s/ Samuel L. Phillips
                                                  Samuel L. Phillips
                                                  Dennis K. Avilucea, Jr.
                                                  Attorneys for Defendant
                                                  ABS Window and Door, Inc.

Dated: September 01, 2020          SWEENEY MASON LLP

                                            By: /s/ Christopher J. Olson
                                                  Christopher J. Olson
                                                  Attorneys for Defendant
                                                  Intelli LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Samuel L. Phillips and Christopher J. Olson, counsel for ABS Window and Door, Inc. and Intelli LLC, respectively, and that I have obtained Mr. Phillips's and Mr. Olson's authorization to affix their electronic signature to this document.

Dated: September 01 , 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
 Amanda Seabock
 Attorneys for Plaintiff